**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| IN RE: NUVARING® PRODUCTS | ) | 4:08 MDL 1964 RWS |
| LIABILTY LITIGATION | ) | |
| | ) | ALL CASES |
| | ) | |
| | ) | Honorable Rodney W. Sippel |

## MOTION TO AMEND CASE MANAGEMENT ORDER NO. 3 (COMMON BENEFIT ORDER) AND TO SUBSTITUTE PLAINTIFFS' CO-LEAD COUNSEL WITH PLAINTIFFS' EXECUTIVE COMMITTEE

Comes Now the Plaintiffs' Steering Committee ("PSC") and unanimously requests the Court to enter an Order reflecting changes in the attorneys who were named as co-lead counsel in the Court's October 8, 2008 Order and also requests the Court to enter an Amended Case Management Order No. 3. Copies of the proposed Orders are attached hereto as Exhibits "A" and "B" respectively.

Wherefore, with the consent of the PSC members, the undersigned requests that the Court enter the Orders attached hereto.

Respectfully submitted,

By:  /s/ Kristine K. Kraft
Roger C. Denton #137009
Kristine K. Kraft #22438
100 South 4th Street, Suite900
St. Louis, MO  63102
(314) 621-6115
(314) 621-7151 (facsimile)
rdenton@uselaws.com
kkraft@uselaws.com

                Hunter Shkolnik
                Napoli Bern Ripka Shkolnik LLP
                Empire State Building
                350 Fifth Avenue, Suite 7413
                New York, NY 10118
                (212) 267-3700
                (212) 587-0031
                Hunter@NapoliBern.com

                **Plaintiffs' Co-Lead Counsel**

## CERTIFICATE OF SERVICE

     I hereby certify that on December 6, 2011, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                /s/ Kristine K. Kraft