# EXHIBIT A

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| IN RE: NUVARING® PRODUCTS LIABILTY LITIGATION | ) ) ) ) ) | 4:08 MDL 1964 RWS<br><br>ALL CASES<br><br>Honorable Rodney W. Sippel |

### ORDER DESGINATING NEW LEAD COUNSEL FOR PLAINTIFFS

Upon Motion of the Plaintiffs' Steering Committee, the Court hereby Orders as follows:

**IT IS HEREBY ORDERED** that effective on the date of the entry of this Order that Plaintiffs' Lead Counsel/Executive Committee shall consist of Roger C. Denton, Kristine K. Kraft, and Hunter Shkolnik.

**IT IS FURTHER ORDERED** that Roger C. Denton shall have the executive authority to direct the Plaintiffs' Executive Committee.

**IT IS FURTHER ORDERED** that Kristine K. Kraft will remain as Plaintiffs' Liaison Counsel.

**IT IS FURTHER ORDERED** that Paul D. Rheingold and Steven B. Blau is relieved of their duties as co-lead counsel.

IT IS FURTHER ORDERED that Paul D. Rheingold will remain a member of the Plaintiffs' Steering Committee and that Steven B. Blau will no longer be a member of the Plaintiffs' Steering Committee.

**IT IS SO ORDERED.**

DATED:_____


_____
Rodney W. Sippel
United States District Judge