UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE NUVARING PRODUCTS | ) | 4:08MD1964 RWS |
| LIABILITY LITIGATION | ) | |
| | ) | ALL CASES |

## MEMORANDUM AND ORDER

On January 24, 2013, I issued an order setting deadlines for the parties to complete supplemental expert discovery in this matter. Plaintiffs filed a motion to reconsider seeking to extend the deadlines to complete this discovery. The deadlines in the January 24, 2013 order were intended to complement the deadlines set in the companion New Jersey state court litigation. It appears that a large share of the expert supplementation will overlap with the New Jersey litigation.

To the extent that there are scheduling issues concerning the completion of this supplemental discovery, the parties shall meet and confer to resolve these issues. If the parties are unable to resolve these issues, the parties may file a motion with the Court addressing the particular expert supplemental reports and depositions which are in dispute.

Accordingly,

**IT IS HEREBY ORDERED that** Plaintiffs' motion for reconsideration [#1476] is **DENIED**.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 30th day of January, 2013.