# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NUVARING PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | 4:08 MDL 1964 RWS<br><br>ALL CASES |

## ORDER DENYING MOTIONS FILED BY FERRER, POIROT & WANSBROUGH AS DOCUMENT NOS. 1734, 1735, 1736, AND 1737

I have previously appointed Judge Daniel Stack as the Special Master to make recommendations to this Court on the appropriate common benefit fees and expense distributions. (Order dated June 25, 2014, Doc. 1718). In that same Order, I set a process whereby Special Master Stack would attempt to mediate any objections to his proposed common benefit distributions. That process ordered by this Court is still in progress and mediations are scheduled to take place. Any conflicts with scheduling must be directed to Judge Daniel Stack.

As such, I will deny each of the following motions filed by Ferrer, Poirot & Wansbrough, namely: (1) Ferrer, Poirot & Wansbrough's Objections to Special Master's Recommendation for Common Benefit Attorneys' Fees (Doc. 1734); (2) Ferrer, Poirot & Wansbrough's Motion for Leave to Extend the Time for Mediation of the Special Master's Recommendation for Common Benefit Fee Approval (Doc. 1735); (3) Ferrer, Poirot & Wansbrough's Motion for Accounting of PSC's Common Benefit Fees (Doc. 1736); (4) Ferrer, Poirot & Wansbrough's Motion to Abate or Enjoin Distribution of Common Benefit Fees to Any PSC Member (Doc. 1737). Such motions are denied on grounds that the issues raised are premature and in direct violation of my Order establishing the process for fee and expense recommendations to be made by Special Master Stack.

I direct all counsel to abide by the procedures set in place by this Court and the directives of Special Master Stack.

Accordingly,

**IT IS HEREBY ORDERED that** Ferrer, Poirot & Wansbrough's Objections to Special Master's Recommendation for Common Benefit Attorneys' Fees (# 1734); Ferrer, Poirot & Wansbrough's Motion for Leave to Extend the Time for Mediation of the Special Master's Recommendation for Common Benefit Fee Approval (# 1735); Ferrer, Poirot & Wansbrough's Motion for Accounting of PSC's Common Benefit Fees (# 1736); and Ferrer, Poirot & Wansbrough's Motion to Abate or Enjoin Distribution of Common Benefit Fees to Any PSC Member (# 1737) are **DENIED**.

/s/ Rodney W. Sippel
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 3rd day of September, 2014.