# EXHIBIT A

HON. DANIEL J. STACK,(RET)
Special Master for Hon. Rod Sippel
NUVARING MDL - U.S. District Court
Eastern District, Missouri
25 Fox Run Court, Highland, IL 62249
djstack@me.com
618-792-8604

## STATEMENT OF HOURS, FEES AND EXPENSES
## MAY, JUNE & JULY, 2014

| **MAY:** | | **HOURS:** |
|---|---|---|
| 2nd | Reviewed e-mail and attached ltr from RCD & ltr – Paul Stevens: | .25 |
| 7th | Conf. call w Roger C. Denton (RCD) and Steve Strauss (SS): | .25 |
| 12th | Reviewed most of the orders in the books delivered from SS: | 1.5 |
| 18th | Finished letter to Orran Brown: | .25 |

**June:**

| 26th | Review of e-mail and Order Regarding QSF: | .25 |
|---|---|---|

**JULY:**

| 8th | Review of e-mail and CMO 3: | .75 |
|---|---|---|
| 10th | Phone Conf. RCD & e-mails re: review of current documents: | .5 |
| 11th | Met w/ Liaison Counsel, Kris Kraft (KK) & her Asst., Amanda at Offices of SBD.  Briefed on process of time keeping, reviewed first drafts of spreadsheets and planned best methods for processing all of the data and then brought back all of the hard copies to my office for use in making my recommendations: 10:15 – 2:45 (working lunch): | 4.5 |
| 12th | Reviewed the Article form Louisiana Law Review re: division of MDL Common Benefit Funds and began my review of the smaller spread-Sheets and Liaison Counsel's Comments then made my own. | 2.5 |
| 13th | Reviewed the Order from Vioxx MDL and most of the remaining first draft spreadsheets from Liaison & Co-Leads: | 3.0 |
| 16th | Reviewed e-mails and some initial expense spreadsheets, list of all | |

|      |      |      |
|------|------|------|
|      | firms, then composed an e-mail and letter and sent to all firms containing the initial plans and rules for supplying information, schedule and worked more on certain types of line entries: | **2.0** |
| 17th | Fielded a few e-mails and phone calls, then drafted letter to all about those questions, worked on changes in the format of the Spreadsheets and began my corrections/amendments to them: From 10:00 – 11:45 and from 5:00 – 5:45 = | **2.5** |
| 18th | e-mails about font, line spacing and few other matters then wrote another letter to everyone. Worked more on my changes and reviewed e-mails with some corrected Expense Submissions: | **2.0** |
| 19th | Worked on the final drafts of each Spreadsheet and the method for communicating them to each individual firm while abiding by Judge Sippel's Order to keep each confidential to each firm. Ultimately asked Liaison, KK, and her asst., to simply send out the Separate e-mails after having made the changes that I determined, and after having sent the Master List back to me for final proofing. Drafted letter to all about how they would receive my draft recommendations and how they might submit additional receipts or explanations by 5:00 p.m. on the 21st as well as their individual Affidavits for Common Benefit Fees and Capital Contributions. Also reviewed e-mails from some firms with questions and replied: | **3.5** |
| 20th | Just a few e-mails re: Fee Affidavits with some updated information for the Expenses: | **.5** |
| 21st | E-mails with several firms, Co-Lead Counsel and reviewed some new or updated submissions and corrections for Expenses & Fee Affidavits: | **4.0** |
| 22nd | E-mails, review of more receipts and proposed amendments to Expense Spreadsheets of some firms, conf. calls about schedule and drafted letter to all about the new schedule: | **5.5** |
| 23rd | Review of BBL submissions and e-mails w/ KK about same: | **.75** |
| 24th | Began reviewing updated submissions, e-mails w/KK and Co-Leads; prepared letter and e-mailed all firms. Started at 10:00 a.m. and finished at 6:50 with 20 minute lunch break: | **8.5** |
| 25th | Met briefly w/ RCD and KK at 9:00 the attended Pre-Hearing briefing w/ Judge Sippel, Dan Ball, SS, KK and RCD. Also attended the hearing. Then regrouped at SBD where we worked all day going over submissions of additional info from several firms, re-reviewed many documents, e-mailed all, obtained acceptance from most, had lengthy conf. call/ | |

|  |  |  |
|---|---|---|
|  | mediation w/ BBL (Blau, Brown etc.), RCD,KK and Hunter Shkolnik (HS). Also had back and forths w/P. Rheingol and Carmen Scott (MR).  Threw in the towel at 4:45 and worked thru lunch so .25 for lunch: | **7.5** |
| 27th | Reviewed e-mail Jason Brown: | **.25** |
| 28th | Re-review of JTB (BBL) submission then mails to KK & RCD : | **.25** |
| 30th | E-mails to CS then FT (Fred Thompson) (MR) and Yvonne Flaherty Lockridge firm w/ copies to KK and cc FT and phone conf. FT: | **1.5** |
| 31st | E-mails and final review of Master Spreadsheet for all Expenses and acceptances. Re-review of all Affidavits of Fees to complete list of all who have submitted and discussions w/ KK & RCD about possible method to handle requests for Case Spec. bellwether work and expenses: | **.75** |
|  | **TOTAL HOURS FOR MAY – JULY:** | **53.25** |

HON. DANIEL J. STACK,(RET)
Special Master for Hon. Rod Sippel
NUVARING MDL - U.S. District Court
Eastern District, Missouri
25 Fox Run Court, Highland, IL 62249
djstack@me.com
618-792-8604

## STATEMENT OF HOURS, FEES AND EXPENSES
## AUGUST, 2014

### AUGUST HOURS:

**5th**     Met w/ KK, Amanda & RCD- began developing the process for calculating CBF Fees; read some case law and e-mailed all firms.
Began at 9:45 and ended at 4:15 w/ .5 hour lunch:  =  **6.5 @ $400 = $ 2,600**

**6th**     Review of preliminary replies:     **.5 @ $400 = $ 200**

**7th**     Met w/ Liaison Counsel, Kris Kraft (KK) & RCD by conf. call
re: replies and misunderstandings of my last letter to all.
Discussion re: newly discovered second spreadsheet from
Lockridge then e-mails w/ Alex Alvarez & F. Thompson: **1.5 @ $400 = $ 600**

**8th**     Reviewed more reply e-mails from last evening and today:**.5 @ $400 = $ 200**

**11th**     Reviewed of Fred Thompson's mails, email to he and Co-Leads. Mails, conf. call and prep of proposed global e-mail to
Alleviate some of those issues: (P. Rheingold & M. Tate etc):
9:55 – 2:00 – 1 hour lunch:     = **3 @ $400 = $ 1,200**

**12th**     Reviewed e-mails with several firms and Co-Leads:
F. Thompson, Shelly Leonard, RCD & KK):     **.5**     **= $ 200**

**14th**     Fielded several e-mails and phone calls from A. Alvarez, Andy
D'Arcy, J. Kirtley, P. Rheingold, Tate LG, RCD & KK:     **1.5**     **= $ 600**

**15th**     Emails, Hunter S., Yvonne F, KK, Melanie M., Tony Teng & Priya: **.5 = $ 200**

**19th**     Spent day from 9:45 – 4:45 at SBD working on process and mostly
going over BBL submissions and Lockridge. Lunch in = - .25 = **6.75 = $ 2,700**

**20th**     Arrived at SBD after my Trust Call at 10:15 and started at 10:30.
Finished at 6:20 with lunch delivered so .5 lunch. Finished BBL
and P. Rheingold and Hunter while w/Rheingold and part of Hunter

|     | at Napoli, Bern: = | 7.25 @ $400 = $ 2,900 |
|-----|---|---|
| 23rd | Arrived at SBD 10:20, worked w/ KK going over more spreadsheets and allowed or considered or not.  Planned schedule for the week and to get letters out to all. Left at 2:20, no lunch: = | **4 hrs = $ 1,600** |
| 25th | Met briefly w/ RCD and KK at SBD for discussion and Conf. Call w/ Hunter S. | 1 hr. = $ 400 |
| 27th | Drafted long e-mail to be sent with Recommendations to each firm and emails w/ KK & RCD about same: | 1.5   = $ 600 |
| 28th | Drafted and sent e-mail to all re: schedule and how to arrange mediations: | .5    = $ 200 |
| 29th | Worked on Mathematical methodology and final determinations of my guidelines for each firm for Co-Leads to then work from. 10:30 – 6:00. = | 7.5  = $ 3,000 |
| 30th | Conf. Call w/ Co-Leads, prep of letter and sent each firm their letter of Final Recommendations on CBF Fees, then fielded and replied to several e-mails from various firms:  10:30 – 4:00 = | 5.5  = $ 2,200 |
| 31st | Lengthy e-mails from F. Thompson and Shelly Leonard: | .25  = $   100 |
|     | **TOTAL HOURS FOR AUGUST:     48.75 @ $400 / HR** | **= $ 19,500** |

**Hon. Daniel J. Stack (Ret.)**
Special Master, Nuvaring MDL
25 Fox Run Court, Highland, IL 62249
Phone: 618-792-8604    djstack@me.com

October 8, 2014

Roger C. Denton, Kristine K. Kraft and Hunter Scholnik

**NUVARING MDL FEES & EXPENSES SEPTEMBER, 2014.**

SEPTEMBER, 2014 Work Hours:                                  s.s.# 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

| | | |
|---|---|---|
| 1st | E-mail form G. McEwen then e-mails from me to all firms re: issues raised by Greg, Fred and Shelley | .5 @ $400 = $ 200 |
| 2nd | E-mails & phone calls, discussion re: document review: | .75 @ $400 = $ 300 |
| 3rd | Preparation for mediations w/ Co-Leads; reviewed several firms' spreadsheets; then received copy of Motions filed by Ferrer Firm; discussion of same with Chris Keefe; preparation of proposed Order for Judge Sippel then more e-mails w/ P. Rheingold & J. Kirtley re: scheduling of mediations: | 8 @ $400 = $ 3,200 |
| 4th | Mediations at Aequitas for A. Alvarez; Lockridge (Yvonne); Motley Rice by phone (F. Thompson) and BBL (S. Leonard): | 7.5 @ $400 = $3,000 |
| 5th | Mediations @ Aequitas w/ P. Rheingold (speaker phone and could not really hear much of Paul's discussions), M. Tate, an attempt w/ G. McEwen who's dog was very ill and he cancelled, and then w/ Melanie Muhlstock of Lockridge from 9:00 – 2:30 = | 5.5 @ $400 = $ 2,200 |
| 6th | Phone mediation w/Richard Arsenault then reviewed the *Copley* case for guidance on our procedures: | 1.5 @ $400 = $ 600 |
| 7th | Review of *Oral-Sodium-Phosphate* case: | .25 @ $400 = $ 100 |
| 10th | Calls w/ Roger & e-mails to Paul R. & Shelley, Jason & Steve trying to arrange meetings for next week in NYC | .5 @ $400 = $ 200 |
| 12th | E-mails w/ P. Rheingold & J. Brown. 1 hr conf. call w/ Co-Leads re: use of CBF expenses for Bellwethers: | 1.5 @ $400 = $ 600 |
| 17th | Travel from ORD – W Hotel, 17th & Park. Left Waldorf, Chicago at 6:45 CDT, flight delayed so arrived at W 12:00 EDT; then from W to Douglas & London for mediations 12:15 – 12:45. Finally, mediations w/Jason Blau and then P. & D. Rheingold Tom & Tom | |

|    |    |    |
|----|----|----|
| | 1:00 – 6:30 then recap with Co-leads to 7:00 =   TRAVEL: | 4.25 @ $100 = $ 425 |
| | and work hours of : | 6 @ $400 = $ 2,400 |
| 18th | Breakfast meeting w/ RCD to discuss Motley Rice, McEwen, BBL and Rheingold as well as possible procedures for Bellwether costs from 9:15 – 10:00 then setting up meeting with Fred T. of Motley Rice = | 1 @ $400 = $ 400 |
| | Then travel home from the W from 3:00 EDT – 9:00 CDT = | 7 @ $100 = $ 700 |
| 26th | Review of Motley Rice totals from Amanda then mediation/w Fred T. & Roger (who was in Fred's office – me by phone) | = 1.25 @ $400 = $ 500 |
| 30th | Calls and editing of Letters and Agreement on Bellwether expenses along with e-mails to all: | 1.75 @ $400 = $ 700 |

| TOTAL WORK HOUR CHARGES: | $ 14,400 |
|---|---|

| Total Travel Hours @ $250/ hour  = 11.25 | = $ 1,125 |
|---|---|

## SEPTEMBER EXPENSES:

| | | |
|---|---|---|
| 16th | ½ Room + taxes at Waldorf (other ½ to Flintkote Trust): | = $ 229.90 |
| 17th | Purchased ticket ORD – LGA – STL on the 11th (1/4 to Trust & ¾ to Nuvaring MDL) so $ 905.20 x 3/4 | = $ 678.90 |
| | Uber from LGA – W ($75) and W – Douglas & London ($42) then taxi back to W ($36.80): | = $ 153.80 |
| 18th | Breakfast meeting ($56.30) + Uber from W – LGA ($68) + Nuvaring share of parking at STL (2.5 day or ½ of total) : | = $ 44.50 |
| | **TOTAL EXPENSES (ROUNDED):** | = $ 1,107. |

| TOTAL BILLING SEPTEMBER 2014 | ROUNDED: | $ 16,632 |
|---|---|---|