# EXHIBIT B

### AUSTIN LAW AND ECONOMICS CONSULTANTS, INC.
#### 3101 Lating Stream Lane
#### Austin, TX  78746

September 10, 2014

For professional services rendered to Plaintiffs' Executive Committee (Kristine K. Kraft, Esq., Hunter J. Shkolnik, Esq. and Roger C. Denton, Esq.) in connection with the NuvaRing settlement with Organon:

Review drafts of proposed Master Settlement Agreement between Organon and the Plaintiffs' Executive/Negotiating Committee; communicate with K. Kraft, H. Shkolnik & R. Denton re: same; review drafts of proposed client Release; communicate with K. Kraft, H. Shkolnik & R. Denton re: same; assist with settlement fund allocation issues and process; communicate with K. Kraft, H. Shkolnik & R. Denton re: same; assist with preparation of client disclosure letters including Summary of NuvaRing Settlement Program; communicate with K. Kraft, H. Shkolnik & R. Denton re: same; communicate with K. Kraft, H. Shkolnik & R. Denton re: various expense issues; research and review recent relevant case law; write and send formal opinion letter.

| | |
|---|---|
| Total due = | $175,000 |
| Retainer paid 12/13/2013 = | $ 10,000 |
| Partial payment 9/8/2014 = | $ 50,000 |
| **Balance due =** | **$115,000** |

Please make check payable to:
   Austin Law and Economics Consultants, Inc.
   3101 Lating Stream Lane
   Austin, TX  78746

TID #46-0726694