COURTROOM MINUTE SHEET

CAUSE NO. 4:08 MD 1964 RWS          DATE: 10/23/14
JUDGE: Sippel
COURT REPORTER: Shannon White
DEPUTY CLERK: L. Wooley

In Re: Nuvaring
vs.

ATTY(S) FOR PLTF(S) Roger Denton, Kristine Krast
ATTY(S) FOR DFT(S) Steve Strauss, Dan Ball
~~DFT PRESENT~~

PARTIES PRESENT FOR Status Conference. Discussion held between Court + Counsel. Various motions also heard + ruled on the record. Order to issue. Next court set for 1/14/15 @ 10:00 AM

WITNESSES:

ATTY(S) PRESENT:
COURTROOM TIME: 9:40AM — 9:55 AM