UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE NUVARING PRODUCTS | ) | 4:08 MD 1964 RWS |
| LIABILITY LITIGATION | ) | |
| | ) | ALL CASES |

## ORDER

**IT IS HEREBY ORDERED that** a status conference is set in this matter on **January 14, 2015 at 10:00 a.m.** in Courtroom 16 South.

**IT IS FURTHER ORDERED that** Counsel who wish to monitor the status conference are directed to call the conference toll free at **1-888-684-8852** from the United States (for callers outside the United States the caller paid international number is 215-446-0155). **The access code to enter the telephone conference for all participants is: 6905106. Counsel will then be prompted to enter the participant security code: 1111 followed by the # (pound) key.** This conference will be activated at 9:45 a.m. so the conference may start promptly at 10:00 a.m. **Counsel monitoring the conference must mute their phones so the proceeding is not interrupted by background noise.**

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 23rd day of October, 2014.