UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE NUVARING PRODUCTS | ) | 4:08 MD 1964 RWS |
| LIABILITY LITIGATION | ) | |
| | ) | ALL CASES |

## **PROCEDURE FOR FILING QUALIFIED**
## **SETTLEMENT FUND MOTIONS**

**IT IS HEREBY ORDERED that** the following procedure shall be

followed when filing motions to establish a qualified settlement fund for one or

more plaintiffs:

The motion to establish a qualified settlement fund shall be filed only in the

relevant individual case and not in the main In re NuvaRing, 4:08 MD 1964 RWS

case. Any motion for a qualified settlement fund for one or more plaintiffs and

any attached "Related Cases Exhibit" may be filed openly or under seal.

If the motion to establish a qualified settlement fund applies to more than

one plaintiff, the following procedure shall be followed:

(1)     The motion shall be filed in one and only one of the individual cases

to which the motion is directed;

(2)     The motion shall include a "Related Cases Exhibit" identifying all of

the other individual cases, by individual case name and case number, included in

the motion;

(3)     The caption of the motion shall identify the individual action in which the motion is being filed and shall indicate that the motion is also applicable to the other individual cases identified in the "Related Cases Exhibit;" and

(4)     A proposed order setting forth the terms of the qualified settlement fund, as outlined in the filed motion, shall be filed as an attachment to the motion.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 9th day of December, 2014.