# EXHIBIT 1

# In Re: NuvaRing Products Liability Litigation

| FIRM | FEES | EXPENSES |
|---|---:|---:|
| ALONSO KRANGLE LLP | $45,000.00 | $2,350.74 |
| BLAU BROWN & LEONARD | $200,000.00 | $29,928.41 |
| D'ARCY JOHNSON DAY | $4,395.00 | $112,063.31 |
| DEAKLE, SHOLTIS & HAMIL, LLC | $0.00 | $110,000.00 |
| FERRER, POIROT & WANSBROUGH | $10,000.00 | $118,992.20 |
| HINGLE & ASSOCIATES | $4,000.00 | $1,703.43 |
| JOHNSON & BECKER | $7,500.00 | $104,762.62 |
| LOCKRIDGE, GRINDEL, NAUEN P.L.L.P. | $135,000.00 | $156,087.22 |
| LOPEZ MCHUGH LLP | $0.00 | $16,050.17 |
| MCEWEN LAW FIRM LTD | $25,000.00 | $133,338.92 |
| MOTLEY RICE LAW FIRM | $145,000.00 | $240,759.74 |
| NAPOLI BERN RIPKA SHKOLNIK, LLP | $1,600,000.00 | $114,166.48 |
| NEBLETT, BEARD & ARSENAULT | $125,000.00 | $159,912.59 |
| PARKER WAICHMAN LLP | $40,000.00 | $3,015.28 |
| RHEINGOLD, VALET, RHEINGOLD, ET AL. | $300,000.00 | $440,898.10 |
| SCHLICHTER, BOGARD & DENTON LLP | $6,900,000.00 | $386,131.67 |
| SOLBERG STEWART MILLER | $0.00 | $4,028.32 |
| STARK & STARK | $0.00 | $36,719.95 |
| TATE LAW FIRM | $40,000.00 | $81,999.58 |
| THE ALVAREZ LAW FIRM | $510,000.00 | $155,454.71 |
| WRIGHT & SCHULTE | $32,500.00 | $3,248.81 |
| | | |
| **TOTAL** | $10,123,395.00 | $2,411,612.25 |
| | | |
| Approved Distributions from MDL Expense Fund per Court's 11/04/2014 Order [Doc. 749] | | |
| Special Master Stack | | $57,432.00 |
| Professor Lynn Baker | | $115,000.00 |
| Cirvella West | | $338,990.63 |
| | | |
| **TOTAL** | $10,123,395.00 | $2,923,034.88 |