UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN RE: NUVARING PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | 4:08 MDL 1964 RWS<br><br>ALL CASES |

**ORDER APPROVING THE SPEICAL MASTER'S RERPORT AND RECOMMENDATION REGARDING THE ALLOCATION AND DISTRIBUTION OF COMMON BENEFIT FEES AND EXPENSES**

On June 25, 2014, Daniel J. Stack was appointed as Special Master to provide a Report and Recommendation concerning the allocation and distribution of common benefit fees and expenses. The Special Master has submitted his Report and Recommendation. *See* Doc. # 1761.

This Court has reviewed the Report and Recommendation and finds that it provides a detailed analysis of the appropriate law and the process employed by the Special Master. Moreover, the Special Master has obtained unanimous written consent by all attorneys who claim common benefit fees and expenses. Accordingly, the Court will approve the Report and Recommendation and adopt the findings contained therein.

**IT IS HEREBY ORDERED that,** the Report and Recommendation of the Special Master are approved and adopted by this Court.

**IT IS FURTHER ORDERED that,** the Qualified Settlement Fund Administrator, Analytics Consulting LLC ("Analytics") is authorized and

shall make the following distributions from the Common Benefit Fee and Expense Funds as set forth in Exhibit 1 of the Special Master's Report and Recommendation.

**IT IS FURTHER ORDERED that,** the balance of the Common Benefit Fee and Expense Funds be retained until such time as the Special Master recommends to this Court that a future distribution is appropriate.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 18th day of December, 2014.