**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

```
-------------------------------------------------------------X
Amy Sechrist,                                  :
                                               :        Hon. Rodney W. Sippel
            Plaintiff,                         :
                                               :        Case No.: 14-cv-01568
v.                                             :
                                               :
Organon USA, Inc., Organon                     :
Pharmaceuticals USA, Inc.  and                 :
Organon International, Inc.                     :
                                               :
            Defendants.                        :
-------------------------------------------------------------X
```

## PLAINTIFF'S CERTIFICATION ATTESTING TO RECORDS PURSUANT TO ORDER 1680 OF FEBRUARY 7, 2014

NOW COMES COUNSEL FOR PLAINTIFF, ALYSON OLIVER, and hereby attests

that records have been collected from all pharmacies that dispensed drugs to, or for, the Plaintiff

as described in subparagraph A(1) of the Order; all medical records described in subparagraph

A(3) of the Order have been collected and all records collected pursuant to subparagraphs A(1)

and A(3) have been produced pursuant to the Order.


Date:   January 12, 2015              /s/*Alyson Oliver*_____
                                      Alyson Oliver (MI Bar No. P55020)
                                      Oliver Law Group
                                      Attorneys for Plaintiff
                                      363 W. Big Beaver Road Ste. 200
                                      Troy, MI 48084
                                      Tel. (248) 327-6556
                                      E-mail: Notifications@oliverlg.com

## <u>CERTIFICATE OF SERVICE</u>

I certify that on January 12, 2015 the foregoing document was served on all parties or

their counsel of record through the CM/ECF system if they are registered users or, if they are

not, by placing a true and correct copy in the United States mail, postage prepaid, to their address

of record.

/s/ Alyson Oliver_____
Alyson Oliver (Michigan Bar No. P55020)
**OLIVER LAW GROUP PC**
363 W. Big Beaver Road, Suite 200
Troy, MI 48084
Telephone: (248) 327-6556
E-mail: AOliver@oliverlg.com